IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DUSTIN COLBY MILSTID,<br><br>Plaintiff,<br><br>v.<br><br>MARK JOHNSON, ED LESTER, TAMMY SHAE and ANGEL HOUSE,<br><br>Defendants. | Cause No. CV-21-091-BU-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      Having reviewed the parties' Stipulation for Dismissal With Prejudice, and good cause appearing therefor,

      IT IS ORDERED that:

      1.    All claims by and between Plaintiff and Defendants in the above-captioned action have been finally resolved by agreement and are dismissed with prejudice; and

      2.    Plaintiff and Defendants shall be responsible for their own costs, expenses and attorney's fees incurred in connection with the above-captioned action.

DATED this 13th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court